# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2011

138401 (70)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LANSING SCHOOLS EDUCATION
ASSOCIATION, MEA/NEA, CATHY
STACHWICK, PENNY FILONCZUK,
ELIZABETH NAMIE, and ELLEN WHEELER,
      Plaintiffs-Appellants,

v

LANSING BOARD OF EDUCATION and
LANSING SCHOOL DISTRICT,
      Defendants-Appellees.

SC: 138401
COA: 279895
Ingham CC: 07-000483-AW

_____/

On order of the Court, the motion for review of taxation of costs is GRANTED. A public question being involved, no costs are awarded.

CAVANAGH and MARILYN KELLY, JJ., would deny the motion for review of taxation of costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

Clerk

p0302